UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 3

| | |
|---|---|
| YOUR STANDING INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | Court No. 24-00055 |

S U M M O N S

**TO:** The Attorney General;
General Counsel, United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

<u>/s/Mario Tuscano</u>
Clerk of the Court

1. <u>Name and Standing of Plaintiff</u>
Plaintiff, Your Standing International, Inc. ("YSI"), is a foreign producer and exporter during the period of review of Certain Steel Nails from Taiwan. YSI participated in the contested administrative review as a mandatory respondent and by filing an administrative case brief. Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and 19 C.F.R. § 351.102(b)(2)(i) that actively participated in the contested determination. Plaintiff, therefore, has standing to bring this action under 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>
Plaintiff contests the final results of antidumping duty administrative review issued by the International Trade Administration of the U.S. Department of Commerce, ("Commerce") in the administrative review for the period July 1, 2021 to June 1, 2022 under the antidumping duty order *Certain Steel Nails from Taiwan* (A-583-854).

3. <u>Date of Determination</u>
Commerce's Final Results of Administrative Review were published in the *Federal Register* on February 1, 2024.

4. <u>Date of Publication in the Federal Register of Notice of Contested AD Order</u>
Commerce's Final Results of Antidumping Duty Administrative Review was published in the *Federal Register* on February 1, 2024, as *Certain Steel Nails from Taiwan: Final Results of Antidumping Duty Administrative Review, Final Determination of No Shipments, and Final Determination of No Reviewable Sales*; 2021-2022 (A-583-854): *Antidumping Duty Order*, 89 Fed. Reg. 6503 (February 1, 2024).

      /s/<u>Lizbeth R. Levinson</u>
        Lizbeth R. Levinson
        Brittney R. Powell
        Alexander D. Keyser

        FOX ROTHSCHILD LLP
        2020 K Street, N.W.
        Suite 500
        Washington, DC  20005
          Tel:  (202) 461-3100
          Fax:  (202) 461-3102

        *Counsel Your Standing International, Inc.*

Dated:  March 1, 2024

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC  20230

Attorney-In-Charge
International Trade Field Office
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
26 Federal Plaza
Room 346
New York, NY  10278